In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-08-438 CR


____________________



EX PARTE LUTHER GARNER






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause Nos. 85555, 89302






 MEMORANDUM OPINION


 Luther Garner, appellant, appeals from the trial court's order denying his request for
access to the record after conviction. Unless specifically authorized by statute, an appellate
court has jurisdiction to consider an appeal by a criminal defendant only from a final
judgment of conviction. See Workman v. State, 170 Tex. Crim. 621, 343 S.W.2d 446, 447
(1961); Benford v. State, 994 S.W.2d 404, 409 (Tex. App.-Waco 1999, no pet.); McKown
v. State, 915 S.W.2d 160, 161 (Tex. App.-Fort Worth 1996, no pet.). 

 Garner has not demonstrated that the denial of his post-conviction motion requesting
access to the record is a separately appealable order. Therefore, we lack jurisdiction to
review the ruling on Garner's motion. Accordingly, we dismiss the appeal and deny all
pending motions.

 APPEAL DISMISSED.

 __________________________________

 HOLLIS HORTON

 Justice 

Opinion Delivered November 19, 2008

Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.